1   CULPEPPER IP, LLLC
    Kerry S. Culpepper, Hawaii Bar No. 9837, *pro hac vice*
2   75-170 Hualalai Road, Suite B204
3   Kailua-Kona, Hawaii 96740
    Telephone:  (808) 464-4047
4   Facsimile:   (202) 204-5181
5   E-Mail:      kculpepper@culpepperip.com

6
    Attorney for Plaintiffs:
7   Santa Files Productions, LLC; and
8   Laundry Films, Inc.

9                  UNITED STATES DISTRICT COURT
10
11                FOR THE DISTRICT OF ARIZONA

12   Santa Files Productions, LLC et al.,        )   **Case No.: CV-20-1883-PHX-SRB**
13                                               )   (Copyright)
                           Plaintiffs,           )
14      vs.                                      )   **DECLARATION OF STEPHANIE**
15                                               )   **KESSNER**
     Richard Dabney et al.,                      )
16                                               )
17                                               )
                           Defendants.           )
18                                               )
19   _____             )
20
21              DECLARATION OF STEPHANIE KESSNER

22       STEPHANIE KESSNER, hereby declares under penalty of law that the
23
24   following is true and correct:
25       1.    I am employed as a legal assistant for Plaintiffs' counsel. I have
26
27   personal knowledge of the matters stated herein, and this declaration is given in
28   support of Plaintiffs' Motion for Default Judgment ("Motion") against Defendants

Richard Dabney and Jesse Parks ("Defendants").

2.     On June 8, 2020, Richard Dabney called our office from 928-978-39** (partially redacted) and I spoke with him.  Richard Dabney told me that his wife downloaded the torrent file for the motion picture *Lost Child* from the YTS website and used the BitTorrent Client app torrent.rt.free to watch the motion picture.

3.     Richard Dabney further told me that his wife admitted to using the YTS website and the BitTorrent Client app to watch other titles as well.

4.     Richard Dabney agreed to settle the matter on behalf of his wife and him for four payments of $250, the fourth payment being forgiven if he made the first three payments timely.

5.     I heard a voicemail message Richard Dabney left with our office on October 3, 2020 from 928-978-39**(partially redacted).  I know that it was Richard Dabney because his voice was same as when I talked to him on June 8 and the call originated from the same telephone number.

6.     In the voicemail message, Richard Dabney said, "Hey this is case number you can suck my f*cking d*ck.  Richard Dabney out in Arizona.  I just got your papers.  I don't care if you sue me again for this.  I don't care if you call the cops.  You're gonna lose.  I'm gonna win.  Either way you slice it, Mrs. Kerry S. Culpepper is going down."

**Legal Services**

2

7.     I received an associate degree in paralegal science from Kapiolani community college in 2015.

8.     I have been employed as a legal assistant for Plaintiffs' counsel since 2017.

9.     Prior to working with Plaintiffs' counsel, I worked for a law firm in Honolulu.

10.     I have direct knowledge of the services I performed for Plaintiffs in connection with this action and as shown below.

**Stephanie Kessner's Fees**

| Date | Description | Hours | Code |
|------|-------------|-------|------|
| 6/1/2020 | Studying email address login credential information provided by YTS website operator; Investigating background of Defendant Parks on LexisNexis and public resources to find address from email address login credentials, | 4.5 | A |
| 6/2/2020, 6/4/2020 | Obtaining and studying infringement capture records of IP address used by Defendants to login to the YTS website; Prepared and sent cease and desist Letter to Defendant Parks | 8.5 | A |
| 6/8/2020 | Telephone Conversation with Defendant Dabney, Preparing records memorializing conversation; drafting Settlement Agreement and Declaration, emailing to Defendant. | 0.5 | A |
| | Total Hours | 13.5 | |

A.  <u>Case Development, Background Investigation, and Case Administration</u>:

Stephanie Kessner 13.5 hours @ $21/hour =                    $ 283.50

**Total Fees                                                      $ 283.50**

11.     My hourly charge is $21.

12.     According to the U.S. Bureau of Labor Statistics, the 2019 mean hourly wage for legal secretaries and administrative assistants is $24.47. Bureau of Labor Statistics, U.S. Department of Labor, *Occupational Employment Statistics*, [Accessed Nov. 6, 2020] [https://www.bls.gov/oes/current/oes436012.htm#] (shown as Exhibit "3"). Thus, the hourly rate proposed to be charged for the foregoing services by me below rates customarily charged in the community for similar work by legal assistants of similar, experience, and ability.

13.     The legal services performed by declarant were reasonable and necessary in connection with the proceedings in the above captioned matter.

//

//

//

//

//

//

1    I declare under penalty of perjury that the foregoing is true and correct.

2

3

4    DATED: Kailua-Kona, Hawaii, November 6, 2020.

5                                    CULPEPPER IP, LLLC

6

7    *Stephanie Kessner*

8                                    Stephanie Kessner

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

5