1  CULPEPPER IP, LLLC
   Kerry S. Culpepper, Hawaii Bar No. 9837, *pro hac vice*
2  75-170 Hualalai Road, Suite B204
3  Kailua-Kona, Hawaii 96740
   Telephone: (808) 464-4047
4  Facsimile:  (202) 204-5181
5  E-Mail:  kculpepper@culpepperip.com

6
   Attorney for Plaintiffs:
7  Santa Files Productions, LLC; and
8  Laundry Films, Inc.

9              UNITED STATES DISTRICT COURT

10            FOR THE DISTRICT OF ARIZONA
11

12  Santa Files Productions, LLC and          )  Case No.: CV-20-1883-PHX-SRB
13  Laundry Films, Inc.                        )  (Copyright)
    75-170 Hualalai Rd, B204                   )
14  Kailua-Kona, HI 96740                      )  GARNISHEE'S ANSWER
15  808-464-4047                               )  (EARNINGS)
                                               )  (A.R.S. §§ 12-1598.08)
16              Plaintiffs,                    )
17      vs.                                    )
                                               )
18  Richard Dabney and Jesse D. Parks          )
19  809 N. Colcord Rd.                         )
    Payson, AZ 85541                           )
20  928-978-3984                               )
21                                             )
                                               )
22              Defendants,                    )
                                               )
23  Chapman Auto Center, LLC                   )
24  100 N Beeline Hwy                          )
    Payson, AZ 85541                           )
25  1-800-491-5261                             )
                                               )
26                                             )
27              Garnishee.                     )
                                               )
28

1

2

3  | CAUTION: Failure to file a Garnishee's Answer can result in an order being entered against you in the full amount of the debt owed by the judgment debtor to the judgment creditor. This can happen even if you do not know the judgment debtor or do not owe the judgment debtor any earnings.

4  1. I am the garnishee or I am authorized by the garnishee to complete and file this Answer. Garnishee's name, address and phone are as listed above. I was served with the Writ on

5  2. The statements checked below are true: (Check all boxes that apply and fill in blanks for each box checked)

6     A. The judgment debtor was not employed by me on the date the Writ and Summons were delivered to me. The judgment debtor's last workday was _____.
    ☐B. I will not owe judgment debtor earnings within 60 days after service of the Writ and Summons.
    ☒C. The judgment debtor was employed by me on the date the Writ and Summons were delivered to me.

7     ☒D. I will owe judgment debtor earnings within 60 days after service of the Writ and Summons.
    E. I took the following steps to try to identify the judgment debtor, but was not able to do so for the reasons stated here:

8     (1)_____

9  3. According to the Writ and Summons, the total amount owed the judgment creditor is _40113.50_

10  4. The judgment debtor's next two paydays are _2/1/2021_ and _3/1/2021_

11  5. The pay period is: (check the box that applies)
    ☐Daily    ☐Weekly    ☐Every two weeks
    ☒Monthly   ☐Twice per month  ☐Other: (explain)

12  6. I have attached copies of any existing garnishments, wage assignments or levies against judgment debtor which are known to me. _N/A_

13  7. I request an answer fee in the amount of (2) $ _N/A_ . (not to exceed $50.00) as a reasonable amount for the preparation and filing of this Answer.

14  | A copy of Garnishee's Answer, Second Notice to Judgment Debtor, Request for Hearing form, and Notice of Hearing on Garnishment (Earnings) form were provided to judgment debtor on: | A copy of Garnishee's Answer was provided to judgment creditor on:

15  Date: _01|21|2021_  By: ☐Mail ☒Hand delivery | Date: _01|21|2021_  By: ☒Mail ☐Hand delivery

I affirm that the information on this Garnishee's Answer is true and correct.

16  Date _1|20|2021_  _____
                   Signature of Garnishee or Authorized Agent

17  State of Arizona

18  County of _Mohave_  } ss.

    Subscribed and sworn to (or affirmed) before me on _Jan 20 2021_

19  My Commission Expires: _Nov. 5 2021_  _____
                   Notary Public or Clerk of the Court

20

21

22

23

24

25

26

27

28