CULPEPPER IP, LLLC
Kerry S. Culpepper, Hawaii Bar No. 9837, *pro hac vice*
75-170 Hualalai Road, Suite B204
Kailua-Kona, Hawaii 96740
Telephone: (808) 464-4047
Facsimile: (202) 204-5181
E-Mail: kculpepper@culpepperip.com

Attorney for Plaintiffs:
Santa Files Productions, LLC; and
Laundry Films, Inc.

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Santa Files Productions, LLC and Laundry Films, Inc.<br>75-170 Hualalai Rd, B204<br>Kailua-Kona, HI 96740<br>808-464-4047<br><br>　　　　　Plaintiffs,<br>　vs.<br><br>Richard Dabney and Jesse D. Parks<br>809 N. Colcord Rd.<br>Payson, AZ 85541<br>928-978-3984<br><br>　　　　　Defendants,<br><br>Chapman Auto Center, LLC<br>100 N Beeline Hwy<br>Payson, AZ 85541<br>1-800-491-5261<br><br>　　　　　Garnishee. | **Case No.: CV-20-1883-PHX-SRB**<br>(Copyright)<br><br>**APPLICATION FOR ORDER OF CONTINUING LIEN (EARNINGS) (A.R.S. § 12-1598.10)** |

# APPLICATION FOR ORDER OF CONTINUING LIEN (EARNINGS)
## (A.R.S. § 12-1598.10)

1. I am the authorized agent for the judgment creditors, and I request that the court issue an Order of Continuing Lien directing the garnishee to pay me on behalf of the judgment creditors all the judgment debtor's nonexempt earnings beginning on the pay period in which the Writ was served and continuing as a lien on the judgment debtor's nonexempt earnings until further order of the court.

2. The Writ was served on the garnishee on Jan. 19, 2021 [Doc. #17], and the Garnishee's Answer was filed on Jan. 25, 2021 [Doc. #18].

3. It appears from Garnishee's Answer that: Judgment debtor is or was an employee of garnishee; Garnishee owed earnings to judgment debtor when the Writ was served; and Earnings would be owed within 60 days after the Writ was served.

4. I am entitled to (1) $700 for the cost of issuing the Writ and $50 for cost of serving the Writ as stated on the attached invoice (*see* Exhibit "1") from the process server who signed the affidavit of service [Doc. #17].

5. No timely written objections have been filed or any objections have been overruled.

6. I provided a copy of this application to judgment debtor and judgment garnishee on Feb. 18, 2021 by first class mail.

DATED: Kailua-Kona, Hawaii, February 18, 2021.

CULPEPPER IP, LLLC

/s/ Kerry S. Culpepper

Kerry S. Culpepper

Attorney for Plaintiff