```
1   CULPEPPER IP, LLLC
    Kerry S. Culpepper, Hawaii Bar No. 9837, pro hac vice
2   75-170 Hualalai Road, Suite B204
3   Kailua-Kona, Hawaii 96740
    Telephone:  (808) 464-4047
4   Facsimile:  (202) 204-5181
5   E-Mail:     kculpepper@culpepperip.com
6
    Attorney for Plaintiffs:
7   Santa Files Productions, LLC; and
8   Laundry Films, Inc.
```

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| Santa Files Productions, LLC and Laundry Films, Inc.<br>75-170 Hualalai Rd, B204<br>Kailua-Kona, HI 96740<br>808-464-4047<br><br>　　　　Plaintiffs,<br>　vs.<br><br>Richard Dabney and Jesse D. Parks<br>809 N. Colcord Rd.<br>Payson, AZ 85541<br>928-978-3984<br><br>　　　　Defendants,<br><br>Chapman Auto Center, LLC<br>100 N Beeline Hwy<br>Payson, AZ 85541<br>1-800-491-5261<br><br>　　　　Garnishee. | **Case No.: CV-20-1883-PHX-SRB**<br>(Copyright)<br><br>**CERTIFICATE OF SERVICE** |
|---|---|

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the date and by the methods of service noted below, a true and correct copy of the ORDER OF CONTINUING LIEN [Doc. #20] was served via FIRST CLASS MAIL to the following at their last known address:

Richard Dabney and Jesse D. Parks
809 N. Colcord Rd.
Payson, AZ 85541

Edwin D. Fleming,
agent for Chapman Auto Center LLC and JHC Auto, Inc.,
1850 N. Central Ave., Suite 1700,
Phoenix, AZ 85014

DATED: Kailua-Kona, Hawaii, February 24, 2021.

CULPEPPER IP, LLLC

/s/ Kerry S. Culpepper

Kerry S. Culpepper

Attorney for Plaintiffs/Judgment Creditors