CULPEPPER IP, LLLC
Kerry S. Culpepper, Hawaii Bar No. 9837, *pro hac vice*
75-170 Hualalai Road, Suite B204
Kailua-Kona, Hawaii 96740
Telephone:  (808) 464-4047
Facsimile:   (202) 204-5181
E-Mail:      kculpepper@culpepperip.com

Attorney for Plaintiffs:
Santa Files Productions, LLC; and
Laundry Films, Inc.

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Santa Files Productions, LLC and Laundry Films, Inc.<br>75-170 Hualalai Rd, B204<br>Kailua-Kona, HI 96740<br>808-464-4047<br><br>　　　　　　Plaintiffs,<br><br>　vs.<br><br>Richard Dabney and Jesse D. Parks<br>809 N. Colcord Rd.<br>Payson, AZ 85541<br>928-978-3984<br><br>　　　　　　Defendants,<br><br>Chapman Auto Center, LLC<br>100 N Beeline Hwy<br>Payson, AZ 85541<br>1-800-491-5261<br><br>　　　　　　Garnishee. | **Case No.: CV-20-1883-PHX-SRB**<br>(Copyright)<br><br>**MOTION FOR WITHDRAWAL OF GARNISHMENT (EARNINGS)** |

1

## I.   Introduction

Plaintiffs/Judgment Creditors Santa Files Productions, LLC and Laundry Films, Inc. ("Plaintiffs") move to withdraw their writ of garnishment as to Defendants/Judgement Debtors Richard Dabney without prejudice.

This motion is made pursuant to Fed. R. Civ. P. 69(a)(1) and Ariz. Rev. Stat. Ann. §12-1598.09, and is based on the memorandum herein.

## II.   Background

Plaintiffs filed the above-captioned case against Defendants in which this court entered default judgment against Defendants [Doc. #13] for $40,113.50 with daily interest accruing at 0.12%. This court subsequently issued a writ of garnishment against Defendants [Doc. #15].

On March 3, 2021, Plaintiffs and Defendant Jesse D. Parks arrived at an agreement to satisfy the outstanding judgment without the need for further garnishment of the earnings of Richard Dabney. The agreement provides *inter alia* that the Garnishee will transfer to Plaintiffs the outstanding amount garnished up to March 3, 2021, Plaintiffs will seek to withdraw their writ of garnishment, and Defendant Jesse D. Parks will send payments directly to Plaintiffs. If Defendant Jesse D. Parks fails to make the payments as agreed, Plaintiffs still have all their rights to enforce the judgment including again seeking to garnish Richard Dabney's earnings.

### III. Argument

Rule 69(a)(1) of the Federal Rules of Civil Procedure provides that a "money judgment is enforced by a writ of execution, unless the court directs otherwise". Further, the "procedure on execution—and in proceedings supplementary to and in aid of judgment or execution—must accord with the procedure of the state where the court is located". Here, Plaintiffs move the court to direct the withdrawal of the writ of garnishment. Since the agreement between Plaintiffs and Defendants allows greater flexibility in payments, uses less judicial resources, and reduces the Defendants' financial obligation, Plaintiffs respectfully assert that withdrawal of their writ of garnishment is favorable for all parties involved. Accordingly, Plaintiffs seek withdrawal of their writ of garnishment against Defendants without prejudice.

DATED: Kailua-Kona, Hawaii, March 4, 2021.

CULPEPPER IP, LLLC

/s/ Kerry S. Culpepper

Kerry S. Culpepper

Attorney for Plaintiffs