CULPEPPER IP, LLLC
Kerry S. Culpepper, Hawaii Bar No. 9837, *pro hac vice*
75-170 Hualalai Road, Suite B204
Kailua-Kona, Hawaii 96740
Telephone:  (808) 464-4047
Facsimile:   (202) 204-5181
E-Mail:       kculpepper@culpepperip.com

Attorney for Plaintiffs:
Santa Files Productions, LLC; and
Laundry Films, Inc.

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Santa Files Productions, LLC and Laundry Films, Inc.<br>75-170 Hualalai Rd, B204<br>Kailua-Kona, HI 96740<br>808-464-4047<br><br>    Plaintiffs,<br>  vs.<br><br>Richard Dabney and Jesse D. Parks<br>809 N. Colcord Rd.<br>Payson, AZ 85541<br>928-978-3984<br><br>    Defendants,<br><br>Chapman Auto Center, LLC<br>C/O Edwin D. Fleming, ESQ<br>Burch & Cracchiolo PA<br>1850 N. Central Ave., STE 1700<br>Phoenix, AZ 85014<br>         Garnishee. | **Case No.: CV-20-1883-PHX-SRB**<br>(Copyright)<br><br>**PROPOSED ORDER FOR WITHDRAWAL OF GARNISHMENT (EARNINGS)** |

1

Based on the statements appearing in the Motion for Withdrawal of Garnishment, it is hereby ordered that garnishment is withdrawn effective March 4, 2021 and Garnishee is discharged.

_____   _____
Date                                                              CLERK OF THE COURT