UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Santa Files Productions, LLC and Laundry Films, Inc.<br>75-170 Hualalai Rd, B204<br>Kailua-Kona, HI 96740<br>808-464-4047<br><br>　　　　　Plaintiffs,<br><br>　vs.<br><br>Richard Dabney and Jesse D. Parks<br>809 N. Colcord Rd.<br>Payson, AZ 85541<br>928-978-3984<br><br>　　　　　Defendants,<br><br>Chapman Auto Center, LLC<br>C/O Edwin D. Fleming, ESQ<br>Burch & Cracchiolo PA<br>1850 N. Central Ave., STE 1700<br>Phoenix, AZ 85014<br>　　　　　Garnishee. | **Case No.: CV-20-1883-PHX-SRB**<br>(Copyright)<br><br>**ORDER FOR WITHDRAWAL OF GARNISHMENT (EARNINGS)** |

　　The Court has considered the Motion for Withdrawal of Garnishment.

　　IT IS ORDERED that garnishment is withdrawn effective March 4, 2021 and Garnishee is discharged.

　　Dated this 4th day of March, 2021.

_____
Susan R. Bolton
United States District Judge