Case: 2:20-cv-01883-SRB

```
     FILED     ___ LODGED
___ RECEIVED   ___ COPY

     MAR 1 5 2021

  CLERK U S DISTRICT COURT
    DISTRICT OF ARIZONA
BY_____ DEPUTY
```

Chapman Auto Center LLC
100 N Beeline Hwy
Payson, AZ 85541

Doc. 23

---

...ERK, UNITED STATES DISTRICT COURT
A DAY O'CONNOR U.S. COURTHOUSE, SUITE 130
401 W. WASHINGTON ST., SPC - 1
PHOENIX, AZ 85003-2118

OFFICIAL BUSINESS

**RECEIVED**

MAR 1 5 2021

CLERK OF THE COURT
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

```
NIXIE        850  7E 1       0203/10/21
        RETURN TO SENDER
   NOT DELIVERABLE AS ADDRESSED
        UNABLE TO FORWARD
BC: 85003213099    *1779-03447-10-43
```

85003>2130